United States District Court
Southern District of Texas
**ENTERED**
October 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MUHAMMAD QAMAR, | § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL ACTION NO. 4:19-CV-01744 |
| SPECIALIZED LOAN SERVICING LLC, | § | |
| *Defendant*. | § | |

## ORDER OF DISMISSAL

Plaintiff Muhammad Qamar initiated this civil case on May 10, 2019, against Wells Fargo Bank, N.A., Specialized Loan Servicing LLC, U.S. Bank Trust, N.A., and Caliber Home Loans, Inc. Plaintiff voluntarily dismissed Defendants U.S. Bank Trust, N.A. and Caliber Home Loans, Inc. on July 22, 2019, and then Defendant Wells Fargo Bank, N.A. on October 14, 2019. This case has been pending for over four years and service has never been effectuated on the last remaining Defendant, Specialized Loan Servicing LLC.

A district court has the inherent authority to dismiss *sua sponte* a case for want of prosecution. FED. R. CIV. P. 41(b); *Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–33 (1962). This power is necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases. *See Jones v. Caddo Parish School Board*, 704 F.2d 206, 214 (5th Cir. 1983); *Hejl v. State of Texas*, 664 F.2d 1273, 1274–75 (5th Cir.), *cert. denied*, 456 U.S. 933 (1982).

Plaintiff Muhammad Qamar failed to properly serve the remaining Defendant under Federal Rule of Civil Procedure 4. Therefore, the Court hereby dismisses this action without prejudice for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SIGNED this 27th day of October 2023.

Andrew S. Hanen
United States District Judge